```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
MOISES RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:11-CR-00430-LJO |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| MOISES RODRIGUEZ, ) | Date: July 22, 2013 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 22, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **September 23, 2013, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The defendant needs to be further interviewed to determine if the safety valve provision of U.S.C. § 5(C)(1)(2) applies.

      b. This continuance is needed in order to allow the defendant and the Probation Office to update the Presentence Report based upon this interview.

      c. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 18, 2013            */s/ Laurel J. Montoya*
                                      Assistant United States Attorney

Dated: July 18, 2013            */s/ Anthony P. Capozzi*
                                      Anthony P. Capozzi
                                      Attorney for
                                      MOISES RODRIGUEZ

### ORDER

For reasons set forth above, the continuance requested by the parties is granted.

**IT IS ORDERED** that the Sentencing currently scheduled on July 22, 2013, at 8:30 a.m. is continued to **September 23, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **July 18, 2013**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE