ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
MOISES RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00430-LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING |
| MOISES RODRIGUEZ, | ) Date: November 25, 2013<br>) Time: 8:30 a.m.<br>) Hon. Lawrence J. O'Neill |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 25, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **January 6, 2014, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The defendant needs to be further debriefed regarding the application of 2D1.1(b)16 and for 5K1.1.

    b. Defendant has decided not to pursue the withdrawal

1    of the plea.
2    c. This continuance is needed in order to allow the
3    defendant and the Probation Office to update the
4    Presentence Report based upon this interview.
5    d. The parties request that Informal Objections be
6    filed on December 9, 2013, and Formal Objections be filed
7    on December 23, 2013.
8    e. The government does not object to the continuance.
9
10   IT IS SO STIPULATED.
11
12   Dated: November 19, 2013              */s/ Laurel J. Montoya*
                                           Assistant United States
13                                         Attorney
14
15   Dated: November 19, 2013              */s/ Anthony P. Capozzi*
                                           Anthony P. Capozzi
16                                         Attorney for
                                           MOISES RODRIGUEZ
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

1
2      For reasons set forth above, the continuance requested by
3  the parties is granted.
4      **IT IS ORDERED** that the Sentencing currently scheduled for
5  November 25, 2013, at 8:30 a.m. is continued to **January 6,**
6  **2014, at 8:30 a.m.** and the Informal Objections be filed on
7  December 9, 2013, and Formal Objections be filed on December
8  23, 2013.
9      IT IS SO ORDERED.
10
11 Dated: November 21, 2013
12                                    _/s/Lawrence J. O'Neill__
13                                    Honorable Lawrence J. O'Neill